```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,      )
                               )
     Plaintiff,                )   4:05CR3035
                               )
     v.                        )
                               )
CHRISTINA M. MARTINEZ,         )      ORDER
                               )
     Defendant.                )
```

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 25 from the public docket sheet and file it as a sealed pleading.

Dated June 3, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge