IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3035-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| CHRISTINA M. MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application by the defendant and without objection by the government,

IT IS ORDERED that:

(1)    The United States Marshals Service shall release Christina M. Martinez on Friday, January 13, 2006, at approximately 8:00 a.m.

(2)    Ms. Martinez is authorized to travel to Grand Island, Nebraska, in the custody of a family member to say goodbye to her hospitalized and dying mother.

(3)    Ms. Martinez shall return to the custody of the United States Marshal no later than 5:00 p.m., Friday, January 13, 2006.

(4)    Ms. Martinez shall abide by all conditions of supervised release set forth in her judgment as a condition of this humanitarian furlough.  She is advised that failure to abide by this order may result in a felony conviction and an additional sentence of imprisonment.

January 12, 2006.                                    BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge